UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
JANUARY 25, 2022 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:22-cr-00018
    18 U.S.C. § 2314
MILLARD PATRICK  18 U.S.C. § 912
MINDY TURNER  18 U.S.C. § 2

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about June 29, 2021, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendants MILLARD PATRICK and MINDY TURNER, aided and abetted by each other, did unlawfully transport, transmit, and transfer in interstate or foreign commerce from Louisville, Kentucky, to Charleston, Kanawha County, West Virginia, merchandise with a value of $5,000 or more, that is, a 2020 Ford Explorer with an approximate value of $53,500.00, belonging to Town & Country Ford LLC of Louisville, Kentucky, knowing the same to have been stolen, converted and taken by fraud.

In violation of Title 18, United States Code, Section 2314 and Title 18, United States Code, Section 2.

## COUNT TWO

On or about June 29, 2021, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MILLARD PATRICK did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof and any department, agency, and officer thereof, that is, a Deputy with the United States Marshals Service, and in such assumed and pretended character with intent to defraud did falsely demand a thing of value, on behalf of the United States, that is, a vehicle.

In violation of Title 18, United States Code, Section 912.

WILLIAM S. THOMPSON
United States Attorney

By: _____
NEGAR M. KORDESTANI
Assistant United States Attorney